# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MAPLEBEAR, INC. D/B/A INSTACART**<br><br>Defendant. | Civil Action No: 6:20-cv-00737-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## DEFENDANT'S UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Maplebear, Inc. ("Instacart")., without waiving any defenses described or referred to in Rule 12 of the Federal Rules of Civil Procedure, moves to extend the time to answer, object to, move, or otherwise respond to Plaintiff GreatGigz Solutions, LLC's complaint to and including October 12, 2020. This motion is not made for delay, but only to permit orderly resolution.

Counsel for Defendant Instacart has conferred with counsel for Plaintiff, and Plaintiff is not opposed to the extension of time sought by this motion.

1

| | |
|---|---|
| September 3, 2020 | FISH & RICHARDSON P.C.<br><br>/s/ Neil J. McNabnay<br>Neil J. McNabnay<br>Texas Bar No. 24002583<br>Ricardo J. Bonilla<br>Texas Bar No. 24082704<br><br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>Telephone: 214-747-5070<br>Facsimile: 214-747-2091<br>mcnabnay@fr.com<br>rbonilla@fr.com<br><br>*Attorneys for Defendant*<br>*Maplebear, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 3, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Neil J. McNabnay
Neil J. McNabnay