# EXHIBIT A



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Limited Liability Company
GREATGIGZ SOLUTIONS, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L20000142322 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/26/2020 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

600 S DIXIE HWY
#605
WEST PALM BEACH, FL 33401

### Mailing Address

600 S DIXIE HWY
#605
WEST PALM BEACH, FL 33401

### Registered Agent Name & Address

POTTER, EUGENE
600 S DIXIE HWY
#605
WEST PALM BEACH, FL 33401

### Authorized Person(s) Detail

**Name & Address**

Title AMBR

JOAO, RAYMOND A
122 BELLEVUE PLACE
YONKERS, NY 10703

### Annual Reports

No Annual Reports Filed

### Document Images

| | |
|---|---|
| 05/26/2020 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations