# EXHIBIT D



## Time to Milestones

VIEW IN BROWSER

U.S. District Courts (2865 cases)

U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 476 | -3.4 | 7.0 | 13.2 | 16.8 | 24.2 | 78.4 | 124.9 | 21.4 |
| Patentee MSJ | 137 | 2.4 | 7.5 | 19.5 | 24.5 | 32.2 | 80.7 | 97.7 | 27.9 |
| Infringement | 309 | 3.1 | 3.3 | 11.0 | 17.6 | 29.5 | 62.9 | 88.0 | 21.6 |
| Patent not invalid | 426 | 2.2 | 3.9 | 13.0 | 20.8 | 30.2 | 87.8 | 124.3 | 23.9 |
| Patent enforceable | 100 | 2.2 | 3.3 | 5.9 | 12.2 | 24.4 | 80.7 | 88.0 | 17.4 |
| Patent Challenger MSJ | 437 | 0.4 | 5.3 | 16.5 | 23.4 | 31.0 | 60.3 | 88.1 | 24.6 |
| Noninfringement | 472 | 1.1 | 9.0 | 18.8 | 25.4 | 35.3 | 82.0 | 125.1 | 29.2 |
| Patent invalid | 450 | 1.0 | 3.4 | 7.8 | 16.9 | 25.5 | 82.0 | 97.2 | 20.3 |
| Patent unenforceable | 8 | 16.3 | | | 32.3 | | | 42.1 | 30.8 |
| Damages | 117 | 8.8 | 11.8 | 21.1 | 27.9 | 36.0 | 85.1 | 88.0 | 32.1 |
| TRO/Prelim Injct | 157 | 0.7 | 1.1 | 2.4 | 3.5 | 13.1 | 18.3 | 18.3 | 7.0 |
| Injct/Ongoing Royalty | 189 | 1.0 | 2.2 | 8.6 | 14.6 | 25.0 | 77.6 | 80.4 | 20.0 |
| Enhncd Dam/Atty Fees | 74 | 4.9 | 8.6 | 13.6 | 20.3 | 44.3 | 74.2 | 74.2 | 28.5 |
| Sanctions | 27 | 9.0 | 9.8 | 13.5 | 19.8 | 41.4 | 65.5 | 65.5 | 28.1 |
| Jury Trial | 309 | 12.2 | 13.0 | 22.5 | 28.3 | 38.4 | 84.7 | 85.1 | 34.4 |
| Bench Trial | 12 | 13.6 | 15.0 | 18.9 | 26.6 | 35.3 | 73.4 | 73.4 | 29.5 |
| Transfer | 98 | 0.0 | | 2.8 | 4.2 | 7.2 | 37.5 | 37.5 | 6.4 |
| Stay | 857 | | 1.1 | 4.1 | 8.5 | 16.3 | 64.6 | 118.0 | 13.4 |
| Appeal | 504 | -19.7 | 3.6 | 10.3 | 22.7 | 37.1 | 87.0 | 125.8 | 28.2 |
| Likely Settlement | 1538 | 0.0 | 0.5 | 2.9 | 5.2 | 8.6 | 30.3 | 90.6 | 7.2 |
| Mature Termination | 976 | 0.1 | 2.4 | 9.0 | 18.3 | 30.0 | 72.5 | 125.1 | 22.3 |