# EXHIBIT E

# Time to Milestones

VIEW IN BROWSER

U.S. District Courts (8631 cases)



U.S. District Courts

| | Occurences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 1038 | | 8.5 | 16.2 | 20.7 | 28.4 | 64.6 | 95.3 | 24.3 |
| Patentee MSJ | 286 | 3.5 | 17.8 | 27.4 | 32.6 | 43.4 | 84.0 | 102.9 | 37.8 |
| Infringement | 1487 | 0.4 | 2.0 | 15.4 | 24.6 | 32.3 | 71.3 | 134.2 | 25.4 |
| Patent not invalid | 1595 | 0.3 | 2.9 | 17.5 | 28.2 | 34.6 | 70.6 | 97.9 | 28.5 |
| Patent enforceable | 507 | 0.3 | 2.0 | 9.5 | 19.4 | 28.9 | 69.8 | 79.5 | 20.9 |
| Patent Challenger MSJ | 649 | 3.1 | 13.9 | 27.6 | 34.9 | 46.1 | 83.8 | 124.3 | 38.6 |
| Noninfringement | 928 | 0.3 | 3.9 | 20.9 | 31.3 | 39.9 | 87.0 | 109.9 | 32.9 |
| Patent invalid | 790 | 1.0 | 2.7 | 17.2 | 27.6 | 35.4 | 65.9 | 87.0 | 28.2 |
| Patent unenforceable | 8 | 14.2 | | | 29.0 | | | 33.4 | 25.4 |
| Damages | 157 | 7.2 | 9.5 | 30.4 | 35.5 | 54.2 | 95.7 | 134.2 | 43.2 |
| TRO/Prelim Injct | 125 | 0.1 | 0.2 | 11.2 | 16.1 | 28.8 | 73.9 | 73.9 | 20.2 |
| Injct/Ongoing Royalty | 1438 | 0.7 | 2.0 | 17.2 | 26.9 | 32.8 | 60.6 | 95.7 | 25.8 |
| Enhncd Dam/Atty Fees | 26 | 22.7 | 26.0 | 34.5 | 42.5 | 44.7 | 78.7 | 78.7 | 41.6 |
| Sanctions | 11 | 11.9 | 27.3 | 31.0 | 34.7 | 52.8 | 55.6 | 55.6 | 37.2 |
| Jury Trial | 305 | 8.6 | 13.2 | 27.5 | 32.8 | 46.1 | 88.9 | 125.3 | 39.4 |
| Bench Trial | 119 | 15.0 | 20.3 | 28.8 | 31.8 | 35.0 | 74.6 | 102.9 | 33.7 |
| Transfer | 308 | | 1.3 | 5.7 | 9.1 | 13.0 | 28.2 | 37.2 | 9.9 |
| Stay | 1256 | 0.3 | 1.2 | 5.7 | 12.6 | 19.7 | 59.7 | 116.6 | 15.4 |
| Appeal | 749 | 0.1 | 3.0 | 19.4 | 31.4 | 40.6 | 80.3 | 135.6 | 32.3 |
| Likely Settlement | 5545 | | 0.6 | 3.2 | 6.2 | 13.0 | 39.5 | 92.8 | 9.8 |
| Mature Termination | 2134 | 0.3 | 2.2 | 12.9 | 22.8 | 35.1 | 76.8 | 136.8 | 26.1 |