IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MAPLEBEAR INC. D/B/A INSTACART**<br><br>Defendant. | **Civil Action No: 6:20-cv-00737-ADA**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DEFENDANT'S MOTION TO DISMISS FOR
FAILURE TO STATE A CLAIM AND IMPROPER VENUE**

On this date, the Court considered the Defendant's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6).  Having considered the motion, the Court finds that it should be, and is hereby, GRANTED.

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Maplebear Inc. d/b/a Instacart are dismissed WITH PREJUDICE.

SO ORDERED this _____ day of _____, 2020.

_____
THE HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE